IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| THE REV. DR. KAMAL K. ROY, | ) | CV. NO. 08-00006 DAE-BMK |
| | ) | |
| Plaintiff, | ) | FINDING AND |
| | ) | RECOMMENDATION THAT |
| vs. | ) | PLAINTIFF'S CASE BE |
| | ) | DISMISSED |
| PEOPLE'S ASSOCIATION | ) | |
| REGARDING HUMAN-ANIMALS, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

FINDING AND RECOMMENDATION THAT PLAINTIFF'S CASE BE DISMISSED

Plaintiff Rev. Dr. Kamal K. Roy ("Plaintiff") filed this action on January 3, 2008, against numerous defendants, including the lead defendant, "People's Association Regarding Human Animals."

Pursuant to Rule 16(a) of the Federal Rules of Civil Procedure and Local Rule 16.2, a scheduling conference was set for March 31, 2008. Plaintiff failed to appear at the conference and failed to file a Scheduling Conference Statement, as required.

As a result, the Court issued an order directing Plaintiff to appear before the Court on May 6, 2008, to show good cause, if any, why the case should

not be dismissed.  Plaintiff failed to appear on this date, in violation of the Court's order.

A district court must weigh five factors to determine whether to dismiss a case for failure to comply with a court order:  (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendant; (4) the public policy favoring the disposition of cases on their merits; and (5) the availability of less drastic sanctions.  <u>Bautista v. Los Angeles County</u>, 216 F. 3d 837, 841 (9th Cir. 2000).

Balancing the five factors in this case, the Court FINDS that dismissal of the Complaint to be an appropriate sanction in this case.  Plaintiff has failed to follow the rules regarding scheduling conferences, and failed to appear before the Court as ordered on May 6, 2008.  In addition, Plaintiff has now failed to serve his complaint on any of the defendants named in this case within the 120-day period prescribed by Rule 4(m) of the Federal Rules of Civil Procedure.  Accordingly, the Court hereby RECOMMENDS that Plaintiff's case be DISMISSED.

IT IS SO FOUND AND RECOMMENDED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: May 7, 2008

Roy v. People's Association Regarding Human Animals; FINDING AND RECOMMENDATION THAT PLAINTIFF'S CASE BE DISMISSED; Civ. No. 08-000006 DAE-BMK.