IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| THE REV. DR. KAMAL K. ROY, | ) | CIVIL 08-00006DAE-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PEOPLE'S ASSOCIATION | ) | |
| REGARDING HUMAN-ANIMALS, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

The Finding and Recommendation having been filed and served on all parties on May 7, 2008, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Finding and Recommendation the Plaintiff's Case be Dismissed," is adopted as the opinion and order of this Court.

IT IS SO ORDERED.



_____
David Alan Ezra
United States District Judge

Due for Adoption: May 22, 2008